# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** : <br> : <br> **Plaintiff** : <br> v. : <br> : <br> **SHARON D. DAWSON,** : <br> : <br> **Defendant** : | **CIVIL ACTION NO. 1:05-CV-0638** <br><br> **(Judge Conner)** |

## ORDER

AND NOW, this 24th day of May, 2005, upon consideration of the motion (Doc. 4) for special service, in which plaintiff avers that it has been unable to locate mortgagee-defendant to effect service of the complaint and notice *lis pendens* for the property located at Lot 245 Section L. A Pocono Country Place, Coolbaugh Township, Pennsylvania, 18466, and it appearing that Pennsylvania law provides for alternative methods for effecting service in *in rem* actions, see FED. R. CIV. P. 4(e) ("[S]ervice upon an individual . . . may be effected . . . pursuant to the law of the state in which the district court is located . . . ."), and that under the circumstances *sub judice* service may be effected by posting a copy of the original notice on the property at issue or by sending the notice by registered mail to the defendant's last-known address, see PA. R. CIV. P. 410(c)(2,3) (governing service in real property actions), see also id. at 430 (service pursuant to special order of court), it is hereby ORDERED that:

1. The motion (Doc. 4) for special service is GRANTED.

2. Plaintiff shall post a copy of complaint and notice *lis pendens* on the most public part of the property located at Lot 245 Section L. A Pocono Country Place, Coolbaugh Township, Pennsylvania, 18466.

3. Plaintiff shall send, by certified mail, the complaint, summons, and notice *lis pendens* to defendant at 2940 Vera Court, Tobyhanna, Pennsylvania, 18466, and at 167 Fair Street, 1st Floor, Paterson, NJ, 07501.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge