# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MORTGAGE ELECTRONIC** : | **CIVIL ACTION NO. 1:05-CV-0638** |
| **REGISTRATION SYSTEMS, INC.,** : | |
| : | **(Judge Conner)** |
| **Plaintiff** : | |
| **v.** : | |
| : | |
| **SHARON D. DAWSON,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 6th day of September, 2005, upon consideration of the motion for default judgment (Doc. 9), in which plaintiff avers that an amount certain is owed by defendant pursuant to the terms of a mortgage agreement, and it appearing that default has been entered against defendant for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure (see Doc. 11), see FED. R. CIV. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend . . . the clerk shall enter the party's default."), but that the agreement at issue has not been filed with the court, see Id. 52(b) ("[If] it is necessary to take an account or to determine the amount of damages or to establish the truth of any averment by evidence . . . the court may . . . order such references as it deems necessary and proper . . . ."), it is hereby ORDERED that plaintiff shall file, on or before September 16, 2005, the mortgage agreement and any other documents supporting plaintiff's claim.

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge